IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| LARINDA WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 623-065 |
| | ) | |
| BRIGGS & STRATTON, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The March 8, 2024 Scheduling Order directed the parties to file a Joint Status Report by June 14, 2024, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 16.)  The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed.  However, no Joint Status Report has been filed.  Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's March 8th Order on or before June 24, 2024.[1]

SO ORDERED this 17th day of June, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.